# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CitiMortgage,Inc
cr          CitiMortgage, Inc., c/o Cenlar, FSB

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust          Office of the U.S. Trustee/Oak          USTPRegion17.OA.ECF@usdoj.gov
tr          Sarah L. Little          sarah@littletrustee.com
aty          Bethany Wojtanowicz          BethanyW@w–legal.com
aty          Christina J. Khil          christinao@mclaw.org
aty          Nathan Frederick Jones Smith          nathan@mclaw.org
aty          Nicholas Wajda          info@wajdalawgroup.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jeremy Wade Trafelet          5100 Vista Grande Drive #522          Antioch, CA 94531
jdb          Wendy Rita Trafelet          5100 Vista Grande Drive #522          Antioch, CA 94531
cr          Synchrony Bank          c/o PRA Receivables Management, LLC          P.O. Box 41021          Norfolk, VA 23541
cr          USAA Federal Savings Bank          Weinstein & Riley, P.S.          2001 Western Ave, Suite 400          Seattle, WA 98121
smg          Labor Commissioner          1515 Clay St.          Room 801          Oakland, CA 94612
smg          State Board of Equalization          Collection Dept.          P.O. Box 942879          Sacramento, CA 94279
smg          CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280–0001
smg          CA Franchise Tax Board          Special Procedures Bankruptcy Unit          P.O. Box 2952          Sacramento, CA 95812–2952
14911437          CitiMortgage, Inc.          P.O. Box 688971          Des Moines, IA 50368–8971
14899353          ARS National Services          P.O. Box 463023          Escondido, CA 92046–3023
15089326          Alliant Energy          PO Box 3062          Cedar Rapids, IA 52406
14899351          American Express          P.O. Box 0001          Los Angeles, CA 90096–8000
14906601          American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355–0701
14899352          Army Airforce Exchange          3911 S Walton Walker Blvd          Dallas, TX 75236–1509
14924501          Ascendium Education Solutions, Inc          PO Box 8961          Madison WI 53708
14899354          Avant Credit Corp.          640 N. La Salle Dr., Ste. 535          Chicago, IL 60654
14899356          Bank of America          P.O. Box 15019          Wilmington, DE 19886–5019
14899355          Bank of America          P.O. Box 982238          El Paso, TX 79998
14922012          Bank of America, N.A.          P O Box 982284          El Paso, TX 79998–2238
14928346          CVI SGP–CO Acquisition Trust          c/o Resurgent Capital Services          PO BOX 10587          Greenville, SC 29603–0587
14899357          Capital One          1680 Capital One Drive          Mc Lean, VA 22102
14907714          Capital One Bank (USA), N.A.          PO Box 71083          Charlotte, NC 28272–1083
14899358          Capital One Bank USA, NA          PO BOX 30281          Salt Lake City, UT 84130
14899359          Chase Bank          P.O. Box 15298          Wilmington, DE 19850
14899360          Chase Bank One Serv          P.O. Box 15298          Wilmington, DE 19850
14925017          Chase Bank USA, N.A.          c/o Robertson, Anschutz & Schneid, P.L.          6409 Congress Avenue, Suite 100          Boca Raton, FL 33487
14899361          Chase Card          PO BOX 15298          Wilmington, DE 19850
14899362          CitiCards CBNA          P.O. Box 6241          Sioux Falls, SD 57117
15000191          CitiMortgage, Inc.,          c/o Cenlar, FSB          425 Phillips Blvd          Ewing, NJ 08618
14899363          Citimortgage, Inc.          P.O. Box 689196          Des Moines, IA 50368–9196
14899364          Citimortgage, Inc.          P.O. Box 78016          Phoenix, AZ 85062
14899365          Comenity – Capital HSN          P.O. Box 182120          Columbus, OH 43218
14899366          Comenity – Lane Bryant          P.O. Box 659728          San Antonio, TX 78265–9728
14899367          Comenity Capital Bank          P.O. Box 182273          Columbus, OH 43218
14899368          Credit One Bank          P.O. Box 98873          Las Vegas, NV 89193
14899369          Dell Financial Services          P.O. Box 81607          Austin, TX 78708–1577
14899370          Department of Veterans Affairs          Bishop Henry Whipple Federal Buildi          Saint Paul, MN 55111–0930
14971375          Department of Veterans Affairs          Debt Management Center          PO Box 11930          St Paul, MN 55111–0930
14899371          Dept of Education / NelNet          3015 Parker Rd. #400          Aurora, CO 80014
14899372          FNB Omaha          PO Box 3412          Omaha, NE 68197
14909793          First National Bank of Omaha          1620 Dodge Street, Stop code 3105          Omaha, NE 68197
14899373          Hale & Skemp          505 King St.          #300          La Crosse, WI 54601
14927762          Jefferson Capital Systems LLC          Po Box 7999          Saint Cloud Mn 56302–9617
14899374          Kay Jewelers          375 Ghent Rd          Akron, OH 44333
14899375          Mid–America Bank & Trust          P.O. Box 4499          Beaverton, OR 97076
14904069          PYOD, LLC          Resurgent Capital Services          PO Box 19008          Greenville, SC 29602

| 14903347 | Quantum3 Group LLC as agent for | GPCC I LLC | PO Box 788 | Kirkland, WA 98083−0788 |
| 14901950 | Quantum3 Group LLC as agent for | MOMA Trust LLC | PO Box 788 | Kirkland, WA 98083−0788 |
| 14899376 | Ria Federal Credit Union | P.O. Box | Rock Island, IL 61204 |
| 14899378 | SYNCB/Amazon PLCC | P.O. Box 965036 | Orlando, FL 32896−5036 |
| 14899377 | Smile Builderz | 1685 Crown Ave. | Lancaster, PA 17601 |
| 14899379 | Syncb/Lowes | PO Box 965005 | Orlando, FL 32896 |
| 14899380 | Syncb/Walmart | PO Box 965036 | Orlando, FL 32896−5036 |
| 14899381 | Synchrony − Walmart | PO Box 965024 | Orlando, FL 32896−5024 |
| 14899382 | The Bank of Missouri | 3610 Buttonwood Dr., Suite 100 | Columbia, MO 65201 |
| 14899383 | The Home Depot − CBNA | P.O. Box 6497 | Sioux Falls, SD 57117 |
| 15089328 | Tomah City | 819 Superior Ave. | Tomah, WI 54660 |
| 14899384 | Tomah City | 819 Superior Ave. | Trego, WI 54888 |
| 14899385 | Toyota Motor Credit Corp | 5005 N River Blvd NE | Cedar Rapids, IA 52411−6634 |
| 14920013 | Toyota Motor Credit Corporation | PO Box 9013 | Addison, Texas 75001 |
| 14899386 | Travis Credit Union | P.O. Box 8000 | Travis AFB, CA 94535 |
| 14936113 | Travis Credit Union | PO Box 2069 | Vacaville CA 95696 |
| 14908289 | U.S. Department of Education C/O Nelnet | 121 South 13th Street, Suite 201 | Lincoln, NE 68508 |
| 14899387 | USAA | 10750 McDermott Fwy | San Antonio, TX 78288−0509 |
| 14931517 | USAA Federal Savings Bank | C/O Weinstein & Riley, PS | 2001 Western Ave, Suite 400 | Seattle, WA 98121 |
| 14899388 | USAA Federal Savings Bank | PO BOX 47504 | San Antonio, TX 78265 |
| 14899389 | USAA Savings Bank | PO Box 33009 | San Antonio, TX 78265 |
| 14899390 | Veridian | P.O. Box 6000 | Waterloo, IA 50704 |
| 15089327 | WE Energies | PO Box 90001 | Milwaukee, WI 53290 |

TOTAL: 69